

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00095-CV

---

JOSHUA PUCKETT, APPELLANT

V.

SHELBY DOOL D/B/A ROCKIN' D MOTORS, XL FUNDING, LLC D/B/A AXLE
FUNDING D/B/A AXLE FUNDING, LLC, AND XLF HOLDINGS, INC., APPELLEES

---

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. DC-2024-CV-1784, Honorable John C. Grace, Presiding

---

April 24, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Joshua Puckett, appeals from the trial court's *Order Denying Application for Temporary Injunction*.  Now pending before this Court is Puckett's unopposed motion seeking voluntary dismissal of the appeal.  The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled.  As no decision of the Court has been delivered to date, we grant the motion.  The appeal is

dismissed.  Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Puckett.  *See* TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam